UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY RED, | ) |
| | ) CASE NO. C16-0504RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING MOTION TO |
| | ) APPOINT COUNSEL |
| STATE OF WASHINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter comes before the Court on Plaintiff's Motion to Appoint Counsel. Dkt. #5. Plaintiff asks the Court to appoint counsel on the basis that he has contacted five attorneys and none of them would take his case. *Id.* Plaintiff has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. The original Complaint was filed on April 26, 2016. Dkt. #4. A Summons has not yet been issued, and the Court has directed Plaintiff to file an Amended Complaint. Dkt. #6.

In civil cases, the appointment of counsel to a *pro se* litigant "is a privilege and not a right." *United States ex. Rel. Gardner v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted). "Appointment of counsel should be allowed only in exceptional cases." *Id.* (citing *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963)). A court must consider together "both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look,* 718 F.2d 952,

ORDER
PAGE - 1

954 (9th Cir. 1983). Even where the claim is not frivolous, counsel is often unwarranted where the litigant's chances of success are extremely slim. *See Mars v. Hanberry,* 752 F.2d 254, 256 (6th Cir. 1985).

At this early stage of the litigation, the Court cannot find that Plaintiff is entitled to appointment of counsel. It does not yet appear that any exceptional circumstances exist, and there is no record before the Court that would allow the Court to examine whether Plaintiff's claims appear to have merit, particularly given that the Court has directed Plaintiff to file an Amended Complaint in Order to determine whether this Court has jurisdiction over the claims. *See* Dkt. #6.

Accordingly, Plaintiff's Motion to Appoint Counsel (Dkt. #5) is DENIED. This Order does not preclude Plaintiff from re-filing this Motion once a factual record pertaining to his claims has been more fully developed

DATED this 13th day of May, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE